(91 South. 911)

### AGEE v. CITY OF BIRMINGHAM.
(6 Div. 767.)

(Court of Appeals of Alabama. Jan. 17, 1922.)

**Criminal law �köâ1131(4)—Appeal dismissed for failure to prosecute.**

Where the certificate of appeal was filed June 16, and the transcript November 22, a written agreement asking for a continuance to April was filed November 24, and the cause was continued, November 25 and again April 19, a motion made on November 29. following to dismiss the appeal will be granted where nothing further appears to indicate that appellant intends to prosecute it.

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

W. C. Agee was convicted of violating the prohibition law, and he appeals. Appeal dismissed.

Will Tom White, of Birmingham, for appellant.

No brief came to the Reporter.

Fred G. Moore, of Birmingham, for appellee.

No brief came to the Reporter.

MERRITT, J. This cause is submitted on motion to dismiss the appeal. It appears that on June 16, 1920, the certificate of appeal was filed in this court; November 22, 1920, the transcript was filed; November 24, 1920, written agreement on part of counsel for appellant and appellee was filed, asking for continuance until April, 1921; November 25, 1920, continued; April 19, 1921, continued; and on November 29, 1921, motion was made to dismiss the appeal. There appears nothing further to indicate that the appellant intends to prosecute his appeal. In view of the above, the motion to dismiss the appeal must prevail.

Motion to dismiss appeal is granted.